Robert Rauh, Incorporated, appellant,

*v.*

George N. Bick et al., respondents.

[Decided May 16th, 1932.]

*Messrs. Sandmeyer & Meisner,* for the appellant.

*Messrs. Fast & Fast* and *Messrs. Saul & Joseph E. Cohn,* for the respondents.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *108 N. J. Eq. 1.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Campbell, Lloyd, Case, Bodine, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 14.

*For reversal*—None.